UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CNA INSURANCE COMPANY a/s/o
CORNING, INC.                                                                                               PLAINTIFF

v.                                                                                       CIVIL ACTION NO. 3:07CV-141-S

HYUNDAI MERCHANT MARINE CO., LTD., et al.                                   DEFENDANTS

## MEMORANDUM OPINION AND ORDER

This matter is before the court on motion of the defendants, Hyundai Merchant Marine Co., Ltd., Norfolk Southern Railway Company, and Santa Fe Railway Company, for judgment as a matter of law, pursuant to Fed.R.Civ.P. 50(a).

This matter was tried to a jury on January 23 through 27, 2012. The jury returned a verdict in favor of the plaintiff, CNA Insurance Company a/s/o Corning, Inc., on January 27, 2012. The jury found actual loss or injury to Corning, Inc.'s goods damaged in the interstate transport in the sum of $498, 509.91.

The court instructed the jury concerning the Carmack Amendment 49 U.S.C. § 11706, *et seq.,* requiring the jury to answer the following interrogatories:

> Do you find from the evidence that it is more likely true than not true that the shipment of glass in issue was delivered at Corning's facility in Harrodsburg, Kentucky for transportation to Taiwan, in an undamaged condition; that the shipment of glass arrived at the Washington United Terminal in Tacoma, Washington in a damaged condition; and that Corning, Inc. suffered a monetary loss as a result of actual loss or injury to the shipment of glass?

The jury returned a verdict of "yes" to this interrogatory on Verdict Form A.

> Do you find from the evidence that it is more likely true than not true that the defendants were not negligent in their carriage of the shipment of glass in issue and that the damage to the shipment of glass was caused solely by improper packing and/or stowing of the glass by Corning, Inc.?

The jury returned a verdict of "no" to this interrogatory on Verdict Form B.

The court finds that the jury was correctly instructed on the law in reaching its verdicts under the Carmack Amendment, and that the evidence adduced at trial was sufficient for the jury to reach verdicts as to these interrogatories and to award damages.

Having considered the briefs and the evidence adduced at trial, the court finds that *Kisen Kaisha Ltd. v. Regal-Beloit Corp.*, 130 S.Ct. 2433 (2010) does not preclude liability of Hyundai Merchant Marine Co., Ltd. under the Carmack Amendment in this case. The *Regal-Beloit* case is inapplicable herein. The court further finds that the evidence supports the jury's award of damages against the three defendants for full value of the freight.

Therefore, the motion of the defendants, Hyundai Merchant Marine Co., Ltd., *et al.*, for judgment as a matter of law is **DENIED.**

**IT IS SO ORDERED.**

September 14, 2012

Charles R. Simpson III, Judge
United States District Court